## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHNNY L. BACA,

      Plaintiff,

v.                                                                   No. CIV-13-0154 JCH/LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 30)* filed on November 20, 2013, which recommended granting *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)*.  No party has filed objections to the *Proposed Findings and Recommended Disposition (Doc. 30)* and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 30)*; grant *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)*; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 30)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)* is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the ***Proposed Findings and Recommended Disposition*** *(Doc. 30)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**


_____
**HONORABLE JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**