IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY L. BACA,

        Plaintiff,

v.                                             No. CIV-13-0154 JCH/LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 45)* (hereinafter "PF&RD"), filed on August 6, 2014, which recommended granting in part and denying in part without prejudice Plaintiff's *Motion for Order to Show Cause and Reopening of Judgment Pursuant to FRCP 60b(6) (Doc. 37)*. No party has filed objections to the PF&RD and the deadline for filing objections has passed. The Court has determined that it will adopt the *PF&RD (Doc. 45)*, and grant in part and deny in part without prejudice Plaintiff's *Motion for Order to Show Cause and Reopening of Judgment Pursuant to FRCP 60b(6) (Doc. 37)*, as set forth in the PF&RD.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 45)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Order to Show Cause and Reopening of Judgment Pursuant to FRCP 60b(6) (Doc. 37)* is **GRANTED in part**, and Defendant shall (1) hold Plaintiff's hearing **no later than November 13, 2014**, (2) offer Plaintiff any earlier hearing slot that becomes available, and (3) consider assigning Plaintiff's case to a

different ALJ or conducting Plaintiff's hearing by videoconference if either of those actions would result in an earlier hearing date.

      **IT IS FURTHER ORDERED** that Plaintiff's motion is **DENIED without prejudice** as to all other requested relief.

      **IT IS SO ORDERED.**

                                      _____
                                      **HONORABLE JUDITH C. HERRERA**
                                      **UNITED STATES DISTRICT JUDGE**